[37 NE3d 1159, 16 NYS3d 515]

RICHARD RIVERA et al., Appellants, v FERNANDEZ & ULLOA AUTO GROUP et al., Respondents.

Decided August 27, 2015

### APPEARANCES OF COUNSEL

*The Law Office of Judah Z. Cohen, PLLC*, Woodmere (*Judah Z. Cohen* of counsel), for appellants.

*Baker, McEvoy, Morrissey & Moskovits, P.C.*, Brooklyn (*Colin F. Morrissey* of counsel), for respondents.

*New York State Trial Lawyers Association*, New York City (*Michael S. Levine* of counsel), for New York State Trial Lawyers Association, amicus curiae.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs. The Appellate Division correctly concluded that plaintiff failed to raise a triable issue of fact as to whether he suffered a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the underlying motor vehicle accident.

Concur: Chief Judge LIPPMAN and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY.